JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VICTOR TOVAR, | Case No. CV 17-8286-JGB (KK) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| R. RACKLEY, | |
| Respondent. | |

Pursuant to the Memorandum and Order Summarily Dismissing With Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: January 4, 2018

HONORABLE JESUS G. BERNAL
United States District Judge